UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**CHRISTOPHER KYLE JOHNSTON and TRENT BROCKMEIER.** | Case No. 20–cr–00800–ESK<br><br>ORDER |

**THIS MATTER** having come before the Court on defendant Christopher Kyle Johnston's motion for reconsideration (Motion) (ECF No. 196); and the government having opposed the Motion (ECF No 199); and Johnston having filed a reply to the government's opposition (ECF No. 207); and defendant Trent Brockmeier having joined in the Motion as to the money laundering counts charged against him (ECF No. 210); and the Court having heard argument on the Motion on December 23, 2024; and for the reasons stated on the record at the hearing,

**IT IS** on this **23rd** day of **December 2024 ORDERED** that:

1. The Motion is **GRANTED**. Counts five through 24 of the indictment (ECF No. 1) are **DISMISSED**.

2. A status conference and motion hearing are scheduled for **January 15, 2025** at **10:00 a.m.**

                                                 */s/ Edward S. Kiel*
                                                 **EDWARD S. KIEL**
                                                 **UNITED STATES DISTRICT JUDGE**