**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER KYLE JOHNSTON and TRENT BROCKMEIER | Criminal No. 20-800 (ESK)<br><br>**NOTICE OF POST-TRIAL MOTIONS** |

**TO:** All Counsel of Record

**PLEASE TAKE NOTICE** that Defendants Christopher Kyle Johnston and Trent Brockmeier hereby move before the Honorable Edward S. Kiel, United States District Judge at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Room 1050, Camden, New Jersey 08101, for the entry of an order acquitting Mr. Johnston and Mr. Brockmeier of their convictions under Counts 1, 2, and 4 under Federal Rule of Criminal Procedure 29; or, in the alternative, for the entry of an order granting Mr. Johnston and Mr. Brockmeier a new trial under Federal Rule of Criminal Procedure 33.

**PLEASE TAKE FURTHER NOTICE** that, in support of these motions, Mr. Johnston and Mr. Brockmeier rely upon the accompanying Omnibus Brief in Support of Defendants' Post-Trial Motions.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith.

Dated:     May 22, 2025

s/ Lawrence S. Lustberg
Lawrence S. Lustberg
Anne M. Collart
Andrew Marino
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102
(973) 596-4500
llustberg@gibbonslaw.com
acollart@gibbonslaw.com
*amarino@gibbonslaw.com*

*Attorney for Defendant*
*Christopher Kyle Johnston*

*s/ Marc Agnifilo*
Marc Agnifilo
David Gelfand
**AGNIFILO INTRATER LLP**
445 Park Avenue, 7th Floor
New York, New York 10022
(646) 205-4350
marc@agilawgroup.com
david@agilawgroup.com

*Attorneys for Defendant*
*Trent Brockmeier*